AARON D. FORD
  Attorney General
DENNIS W. HOUGH, Bar No. 11995
  Deputy Attorney General
State of Nevada
Bureau of Litigation
Public Safety Division
100 N. Carson Street
Carson City, NV 89701-4717
Tel: (775) 684-1254
E-mail: dhough@ag.nv.gov

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| THOMAS SJOBERG,<br><br>    Plaintiff,<br><br>v.<br><br>TRISTAN, *et al.*,<br><br>    Defendants. | Case No. 3:17-cv-00706-MMD-WGC<br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

It is hereby stipulated and agreed by and between Plaintiff, Thomas Sjoberg, and all Defendants in this matter, by and through counsel, Aaron D. Ford, Nevada Attorney General, and Dennis Hough, Deputy Attorney General, that the above-captioned matter is dismissed with prejudice, and each party will bear their own attorney fees and costs.

_____
Thomas Sjoberg, Plaintiff
*Pro Se*

Dated: 04/18/19

AARON D. FORD
Attorney General

By: _____
Dennis Hough (NVBAR # 11995)
Deputy Attorney General
Attorneys for Defendants

Dated: 4-22-19

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

Dated: April 22, 2019.

**CERTIFICATE OF SERVICE**

I certify that I am an employee of the Office of the Attorney General, State of Nevada, and that on this 22nd day of April, 2019, I caused to be served a copy of the foregoing **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**, by U.S. District Court CM/ECF Electronic Filing to:

Thomas Sjoberg, #1159203
Care of NNCC Law Librarian
Northern Nevada Correction Center
P.O. Box 7000
Carson City, NV 89702
lawlibrary@doc.nv.gov

*/s/ Anne Goldy*
An employee of the
Office of the Attorney General